NANCY HERSH, ESQ., State Bar No. 49091
BETHANY CARACUZZO, ESQ., State Bar No. 190687
CYNTHIA L. BROWN, ESQ., State Bar No. 248846
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
(415) 441-5544

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRITZ WILKINS and THERESA HOLLIS,<br><br>Plaintiffs<br><br>v.<br><br>COUNTY OF ALAMEDA; LAWRENCE MOSER; JAMES POWELL; T. ELLIOT; and E. MARAPAO,<br><br>Defendants | CASE NO.: CV 08-0767 SI<br><br>**PROOF OF SERVICE OF COMPLAINT ON ALL DEFENDANTS** |

Attached hereto are the original Proofs of Service of the Complaint and other papers served upon the above-named defendants.

Dated: February 11, 2008

HERSH & HERSH
A Professional Corporation

By_____
Bethany Caracuzzo
Attorneys for Plaintiffs

- 1 -
PROOFS OF SERVICE OF COMPLAINT ON ALL DEFENDANTS

CYNTHIA L. BROWN (SBN 248846)
HERSH & HERSH
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102
Telephone: (415) 441-5544
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : FRITZ WILKINS AND THERESA HOLLIS
Defendant : COUNTY OF ALAMEDA, et al

Ref#: 230377          *   **PROOF OF SERVICE**   *   Case No.: CV 08-0767 SI

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR VIOLATION OF CIVIL RIGHTS AND DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

in the within action by personally delivering true copies thereof to the person named below, as follows:

    Party served      : COUNTY OF ALAMEDA

    By serving        : Donna Brown, Deputy Clerk

    Address           : (Business)
                        1221 Oak Street #536
                        Oakland, CA 94612

    Date of Service:  February 7, 2008

    Time of Service:  2:20 PM

Person who served papers:
KURT W. SEDERMAN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $70.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 641
(iii) County: Alameda

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: February 8, 2008               Signature _____

CYNTHIA L. BROWN (SBN 248846)
HERSH & HERSH
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102
Telephone: (415) 441-5544
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : FRITZ WILKINS AND THERESA HOLLIS
Defendant : COUNTY OF ALAMEDA, et al

Ref#: 230378      *   **PROOF OF SERVICE**   *   Case No.: CV 08-0767 SI

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR VIOLATION OF CIVIL RIGHTS AND DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

in the within action by personally delivering true copies thereof to the person named below, as follows:

   Party served    : LAWRENCE MOSER

   By serving      : Sgt. Kelly Martinez, Badge #745, Authorized Agent

   Address         : Civil Litigation Unit
                     1401 Lakeside Drive, 7th Floor
                     Oakland, CA 94612

   Date of Service: February 7, 2008

   Time of Service: 3:15 PM

Person who served papers:
KURT W. SEDERMAN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $120.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 641
(iii) County: Alameda

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: February 8, 2008                    Signature 

CYNTHIA L. BROWN (SBN 248846)
HERSH & HERSH
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102
Telephone: (415) 441-5544
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : FRITZ WILKINS AND THERESA HOLLIS

Defendant : COUNTY OF ALAMEDA, et al

Ref#: 230379         *     **PROOF OF SERVICE**     *     Case No.: CV 08-0767 SI

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR VIOLATION OF CIVIL RIGHTS AND DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

in the within action by personally delivering true copies thereof to the person named below, as follows:

    Party served       : JAMES POWELL

    By serving         : Sgt. Kelly Martinez, Badge #745, Authorized Agent

    Address            : Civil Litigation Unit
                           1401 Lakeside Drive, 7th Floor
                            Oakland, CA 94612

    Date of Service: February 7, 2008

    Time of Service: 3:15 PM

Person who served papers:
KURT W. SEDERMAN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $70.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 641
(iii) County: Alameda

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: February 8, 2008                    Signature _____

CYNTHIA L. BROWN (SBN 248846)
HERSH & HERSH
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102
Telephone: (415) 441-5544
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : FRITZ WILKINS AND THERESA HOLLIS

Defendant : COUNTY OF ALAMEDA, et al

Ref#: 230380          *    **PROOF OF SERVICE**    *    Case No.: CV 08-0767 SI

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR VIOLATION OF CIVIL RIGHTS AND DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

in the within action by personally delivering true copies thereof to the person named below, as follows:

    Party served      : T. ELLIOT

    By serving        : Sgt. Kelly Ramirez, Badge #745, Authorized Agent

    Address           : Civil Litigation Unit
                          1401 Lakeside Drive, 7th Floor
                          Oakland, CA 94612

    Date of Service: February 7, 2008

    Time of Service: 3:15 PM

Person who served papers:
KURT W. SEDERMAN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $70.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 641
(iii) County: Alameda

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: February 8, 2008                                      Signature _____

CYNTHIA L. BROWN (SBN 248846)
HERSH & HERSH
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102
Telephone: (415) 441-5544
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : FRITZ WILKINS AND THERESA HOLLIS

Defendant : COUNTY OF ALAMEDA, et al

Ref#: 230381        *   **PROOF OF SERVICE**   *   Case No.: CV 08-0767 SI

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR VIOLATION OF CIVIL RIGHTS AND DEMAND FOR JURY TRIAL; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

in the within action by personally delivering true copies thereof to the person named below, as follows:

    Party served    : E. MARAPAO

    By serving      : Sgt. Kelly Martinez, Badge #745, Authorized Agent

    Address         : Civil Litigation Unit
                      1401 Lakeside Drive, 7th Floor
                      Oakland, CA 94612

    Date of Service: February 7, 2008

    Time of Service: 3:15 PM

Person who served papers:
KURT W. SEDERMAN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $70.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 641
(iii) County: Alameda

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: February 8, 2008                                Signature