

# HERSHANDHERSH

April 16, 2008

Hon. Susan Illston
Courtroom 10, 19th Floor
USDC, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

LeRoy Hersh (1920-2003)
Nancy Hersh
Amy Eskin
Mark E. Burton, Jr.
Charles C. Kelly, II
Bethany Caracuzzo
Rachel Abrams
Jeanette Haggas
Cynthia Brown

Berne Reuben – Of Counsel

Re:  Fritz Wilkins v. County of Alameda
     Case No. C 08-00767 SI

Dear Judge Illston:

Please be advised that this case has been resolved, and that the initial Case Management Conference, scheduled for May 9, 2008, may be vacated. The parties are in the process of preparing settlement documents, and a dismissal will be filed shortly.

If you have any questions, please feel free to give me a call. Thank you.

Very truly yours,

NANCY HERSH

NH:pg

cc:  J. Randall Andrada/Catherine Wheeler
     (counsel for defendants)