1  J. RANDALL ANDRADA (SBN 70000)
   randrada@andradalaw.com
2  CATHERINE E. WHEELER (SBN 244857)
   cwheeler@andradalaw.com
3  **ANDRADA & ASSOCIATES**
   PROFESSIONAL CORPORATION
4  180 Grand Avenue, Suite 225
   Oakland, California 94612
5  Tel.:  (510) 287-4160
   Fax:   (510) 287-4161
6
   Attorneys for Defendants
7  COUNTY OF ALAMEDA, DEPUTY
   LAWRENCE MOSER, SGT. JAMES POWELL,
8  DEPUTY THOMPSON ELLIOTT, III,
   and DEPUTY ERICH MARAPAO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRITZ WILKINS and THERESA HOLLIS<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; LAWRENCE MOSER; JAMES POWELL; T. ELLIOT; and E. MARAPAO,<br><br>Defendants. | Case No.:  C 08-0767-SI<br><br>**STIPULATED REQUEST FOR ORDER CHANGING CASE MANAGEMENT CONFERENCE DATE PURSUANT TO CIVIL L. R. 6-2(a)**<br><br>Judge:      The Honorable Susan Illston<br>Courtroom:  10<br>Trial Date: None |

Defendants COUNTY OF ALAMEDA, DEPUTY LAWRENCE MOSER, SGT. JAMES POWELL, DEPUTY THOMPSON ELLIOTT, III, and DEPUTY ERICH MARAPAO, by and through their counsel, CATHERINE E. WHEELER of Andrada & Associates, PC, and plaintiffs, FRITZ WILKINS and THERESA HOLLIS, by and through their counsel, NANCY HERSH of Hersh & Hersh, submit the following Stipulated Request for Order Changing Case Management Conference Date pursuant to Civil L.R. 6-2(a).

The parties have stipulated to a settlement in this case for dismissal with prejudice. The

1

1 parties await the finalization of the settlement agreement. The stipulation for dismissal with prejudice
2 will be filed as soon as the settlement is finalized.

3     The case management conference scheduled for May 9, 2008 is unnecessary because the
4 parties have already entered a settlement agreement. The parties understand the Court has indicated the
5 Case Management Conference should be moved to a later date, to occur in the event the stipulation for
6 dismissal has not been filed as of the extended date.

7     **IT IS HEREBY STIPULATED** that the Case Management Conference scheduled for May
8 9, 2008 in the above-captioned action shall be moved to July 25, 2008 at 2:00 p.m.

Date: May 6, 2008

HERSH & HERSH

By _____
NANCY HERSH
Attorney for Plaintiffs
FRITZ WILKINS and THERESA HOLLIS

Date: May 6, 2008

ANDRADA & ASSOCIATES

By _____
CATHERINE E. WHEELER
Attorneys for Defendants COUNTY OF
ALAMEDA, DEPUTY LAWRENCE
MOSER, SGT. JAMES POWELL,
DEPUTY THOMPSON ELLIOT, III, and
DEPUTY ERICH MARAPAO

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Based on the foregoing stipulation of the parties, the court does hereby adopt said stipulation and makes same an order of this court.

DATED: _____, 2008.

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

2