```
J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
CATHERINE E. WHEELER (SBN 244857)
cwheeler@andradalaw.com
```
**ANDRADA & ASSOCIATES**
PROFESSIONAL CORPORATION
180 Grand Avenue, Suite 225
Oakland, California 94612
Tel.:  (510) 287-4160
Fax:   (510) 287-4161

Attorneys for Defendants
COUNTY OF ALAMEDA, DEPUTY
LAWRENCE MOSER, SGT. JAMES POWELL,
DEPUTY THOMPSON ELLIOTT, III,
and DEPUTY ERICH MARAPAO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRITZ WILKINS and THERESA HOLLIS<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; LAWRENCE MOSER; JAMES POWELL; T. ELLIOT; and E. MARAPAO,<br><br>Defendants. | Case No.: C 08-0767-SI<br><br>**STIPULATED REQUEST FOR ORDER CHANGING CASE MANAGEMENT CONFERENCE DATE PURSUANT TO CIVIL L. R. 6-2(a)**<br><br>Judge:     The Honorable Susan Illston<br>Courtroom: 10<br>Trial Date: None |

Defendants COUNTY OF ALAMEDA, DEPUTY LAWRENCE MOSER, SGT. JAMES POWELL, DEPUTY THOMPSON ELLIOTT, III, and DEPUTY ERICH MARAPAO, by and through their counsel, CATHERINE E. WHEELER of Andrada & Associates, PC, and plaintiffs, FRITZ WILKINS and THERESA HOLLIS, by and through their counsel, NANCY HERSH of Hersh & Hersh, submit the following Stipulated Request for Order Changing Case Management Conference Date pursuant to Civil L.R. 6-2(a).

The parties have stipulated to a settlement in this case for dismissal with prejudice. The

1

{00055231.DOC/}AIMS 0689 .                                                    Wilkins, et al. v. County of Alameda, et al.
STIPULATED REQUEST FOR ORDER CHANGING CASE MANAGEMENT CONFERENCE    C 08-0767 SI

parties await the finalization of the settlement agreement. The stipulation for dismissal with prejudice will be filed as soon as the settlement is finalized.

The case management conference scheduled for May 9, 2008 is unnecessary because the parties have already entered a settlement agreement. The parties understand the Court has indicated the Case Management Conference should be moved to a later date, to occur in the event the stipulation for dismissal has not been filed as of the extended date.

**IT IS HEREBY STIPULATED** that the Case Management Conference scheduled for May 9, 2008 in the above-captioned action shall be moved to July 25, 2008 at 2:00 p.m.

Date: May 4, 2008

HERSH & HERSH

By _____
NANCY HERSH
Attorney for Plaintiffs
FRITZ WILKINS and THERESA HOLLIS

Date: May 6, 2008

ANDRADA & ASSOCIATES

By _____
CATHERINE E. WHEELER
Attorneys for Defendants COUNTY OF ALAMEDA, DEPUTY LAWRENCE MOSER, SGT. JAMES POWELL, DEPUTY THOMPSON ELLIOT, III, and DEPUTY ERICH MARAPAO

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Based on the foregoing stipulation of the parties, the court does hereby adopt said stipulation and makes same an order of this court.

DATED: _____, 2008.

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

2

{00055231.DOC/}AIMS 0689                                    Wilkins, et al. v. County of Alameda, et al.
STIPULATED REQUEST FOR ORDER CHANGING CASE MANAGEMENT CONFERENCE    C 08-0767 SI