J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
CATHERINE E. WHEELER (SBN 244857)
cwheeler@andradalaw.com
**ANDRADA & ASSOCIATES**
PROFESSIONAL CORPORATION
180 Grand Avenue, Suite 225
Oakland, California 94612
Tel.: (510) 287-4160
Fax: (510) 287-4161

Attorneys for Defendants
COUNTY OF ALAMEDA, DEPUTY
LAWRENCE MOSER, SGT. JAMES POWELL,
DEPUTY THOMPSON ELLIOTT, III,
and DEPUTY ERICH MARAPAO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRITZ WILKINS and THERESA HOLLIS<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA; LAWRENCE MOSER; JAMES POWELL; T. ELLIOT; and E. MARAPAO,<br><br>Defendants. | Case No.: C 08-0767-SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>Judge: The Honorable Susan Illston<br>Courtroom: 10<br>Trial Date: None |

Defendants COUNTY OF ALAMEDA, DEPUTY LAWRENCE MOSER, SGT. JAMES POWELL, DEPUTY THOMPSON ELLIOTT, III, and DEPUTY ERICH MARAPAO, by and through their counsel, CATHERINE E. WHEELER of Andrada & Associates, PC, and plaintiffs, FRITZ WILKINS and THERESA HOLLIS, by and through their counsel, NANCY HERSH of Hersh & Hersh, submit the following Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

IT IS HEREBY STIPULATED that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

1

IT IS FURTHER STIPULATED that each party shall bear its own costs.

Date: 4/21/08, 2008

HERSH & HERSH

By /s/ Nancy Hersh
NANCY HERSH
Attorney for Plaintiffs
FRITZ WILKINS and THERESA HOLLIS

Date: 4/22/08, 2008

ANDRADA & ASSOCIATES

By /s/ Catherine E. Wheeler
CATHERINE E. WHEELER
Attorneys for Defendants COUNTY OF ALAMEDA, DEPUTY LAWRENCE MOSER, SGT. JAMES POWELL, DEPUTY THOMPSON ELLIOT, III, and DEPUTY ERICH MARAPAO

{00055009.DOC/}AIMS 0689
STIPULATION OF DISMISSAL.

Wilkins, et al. v. *County of Alameda, et al.*
C 08-0767 SI