1  J. RANDALL ANDRADA (SBN 70000)
   randrada@andradalaw.com
2  CATHERINE E. WHEELER (SBN 244857)
   cwheeler@andradalaw.com
3  **ANDRADA & ASSOCIATES**
   **PROFESSIONAL CORPORATION**
4  180 Grand Avenue, Suite 225
   Oakland, California  94612
5  Tel.:   (510) 287-4160
   Fax:   (510) 287-4161
6
   Attorneys for Defendants
7  COUNTY OF ALAMEDA, DEPUTY
   LAWRENCE MOSER, SGT. JAMES POWELL,
8  DEPUTY THOMPSON ELLIOTT, III,
   and DEPUTY ERICH MARAPAO
9

10

11                UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14

15  FRITZ WILKINS and THERESA HOLLIS          Case No.:  C 08-0767-SI

16              Plaintiffs,
                                              **STIPULATION OF DISMISSAL WITH**
17        v.                                  **PREJUDICE PURSUANT TO FED. R.**
                                              **CIV. P. 41(a)(1)**
18  COUNTY OF ALAMEDA; LAWRENCE
    MOSER; JAMES POWELL; T. ELLIOT; and E.
19  MARAPAO,                                  Judge:       The Honorable Susan Illston
                                              Courtroom:   10
20              Defendants.                   Trial Date:  None

21

22      Defendants COUNTY OF ALAMEDA, DEPUTY LAWRENCE MOSER, SGT. JAMES

23  POWELL, DEPUTY THOMPSON ELLIOTT, III, and DEPUTY ERICH MARAPAO, by and through

24  their counsel, CATHERINE E. WHEELER of Andrada & Associates, PC, and plaintiffs, FRITZ

25  WILKINS and THERESA HOLLIS, by and through their counsel, NANCY HERSH of Hersh & Hersh,

26  submit the following Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

27      IT IS HEREBY STIPULATED that the above-captioned action be and hereby is dismissed

28  with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

                                      1

{00055009.DOC/}AIMS 0689                        Wilkins, et al. v. County of Alameda, et al.
STIPULATION OF DISMISSAL.                                           C 08-0767 SI

1    IT IS FURTHER STIPULATED that each party shall bear its own costs.

2

3    Date: 4/21/08, 2008                    HERSH & HERSH

4

5                                           By _____

6                                              NANCY HERSH
                                               Attorney for Plaintiffs
7                                              FRITZ WILKINS and THERESA HOLLIS

8

9    Date: 4/22/08, 2008                    ANDRADA & ASSOCIATES

10

11

12                                          By _____

13                                             CATHERINE E. WHEELER
                                               Attorneys for Defendants COUNTY OF
14                                             ALAMEDA, DEPUTY LAWRENCE
                                               MOSER, SGT. JAMES POWELL,
15                                             DEPUTY THOMPSON ELLIOT, III, and
                                               DEPUTY ERICH MARAPAO
16

17

18

19                           

20

21

22

23

24

25

26

27

28

                                        2

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION